UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES CLAIBORNE MAGEE | CIVIL ACTION |
| VERSUS | NO: 09-5815 |
| RODNEY JACK STRAIN JR., AL STRAIN, DEPUTY GUY | SECTION: R(4) |

### ORDER

The Court, finding that as of this date neither party has filed any objections to the Magistrate Judge's Report and Recommendations, hereby approves the Report and adopts it as its opinion.

Accordingly,

IT IS ORDERED that Magee's § 1983 claims against Sheriff Rodney Jack Strain, Warden Al Strain, the St. Tammany Parish Jail, and Inmate Diaz be DISMISSED WITH PREJUDICE as frivolous and for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915(e) and § 1915A, and 42 U.S.C. § 1997e.

IT IS FURTHER ORDERED that the remainder of Magee's § 1983 complaint against Deputy Guy be DISMISSED WITHOUT PREJUDICE as malicious and duplicative of Civ. Action No. 09-5839.

New Orleans, Louisiana, this 29th day of July, 2010.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE